**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jaime Vidales DIAZ, Defendant–Appellant.**

No. 07–10339
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2007.

Jeffrey Robert Haag, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Aaron Ray Clements, Hurley, Reyes & Guinn, Lubbock, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jaime Vidales Diaz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Vidales Diaz has filed a response. The record is insufficiently developed to allow consideration at this time of Vidales Diaz's claim of ineffective assistance of counsel. *See United States v. Cantwell*, 470 F.3d 1087, 1091 (5th Cir.2006). Our independent review of the record, counsel's brief, and Vidales Diaz's response discloses no nonfrivolous issue for appeal. According-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Fortes has filed a response. The record is insufficiently developed to allow consideration at this time of Fortes's claims of ineffective assistance of counsel. *See United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006). Our independent review of the record, counsel's brief, and Fortes's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.